1  Karyn M. Taylor, Esq.
   Bar No. 6142
2  LITTLER MENDELSON, P.C.
   200 S. Virginia Street
3  8th Floor
   Reno, NV  89501-1944
4  Telephone:   775.785.6383
   Fax No.:     775.204.9158
5  Email:       kmtaylor@littler.com

6  Attorneys for Defendant
   KEOLIS TRANSIT SERVICES, LLC
7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10

11 KEITH BALZARINI,                    Case No. 2:24-cv-02054 -RFB-DJA

12         Plaintiff,                  **STIPULATION AND ORDER TO
                                       CONTINUE DEFENDANT KEOLIS
13    v.                               TRANSIT SERVICES, LLC'S
                                       RESPONSIVE PLEADING DEADLINE**
14 KEOLIS TRANSIT SERVICES, LLC, a
   Delaware Nevada Limited Liability Company,
15
           Defendant.
16

17     Plaintiff KEITH BALZARINI ("Plaintiff") and Defendant KEOLIS TRANSIT SERVICES,

18 LLC ("Defendant") (collectively, the "Parties") hereby stipulate, agree, and make joint application to

19 continue Defendant's current responsive pleading deadline set forth in the waiver of service filed

20 herein.

21     This is the first motion or stipulation to extend time for a party to file a responsive pleading,

22 motion or other paper or take other action in this matter.

23     Pursuant to Local Rule IA 6-1, the Parties indicate that holiday travel of client contacts for

24 Defendant and Defendant's counsel have slowed the review and filing of the responsive pleadings.

25 Specifically, lead counsel for Defendant is traveling out of the country at the moment. Additionally,

26 Defendant intend to concurrently file motions for admission *pro hac vice* of the attorneys who will

27 be primarily responsible for this matter.

28 4913-1731-0220.1 / 112699-1173

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

2:24-CV-02054

Counsel for Defendant realized the nature of the delay too late to make necessary arrangements further in advance of the deadline for this stipulation. Defendant's counsel apologizes to the Court for the delay in filing this stipulation.

Dated: January 2, 2025

LITTLER MENDELSON, P.C.

*/s/ Karyn M. Taylor*
Karyn M. Taylor

Attorneys for Defendant
KEOLIS TRANSIT SERVICES, LLC

Dated: January 2, 2025

LAW OFFICES OOF MICHAEL P. BALABAN

*/s/ Michael P. Balaban*
Michael P. Balaban

Attorneys for Plaintiff
KEITH BALZARINI

4913-1731-0220.1 / 112699-1173

## [PROPOSED] ORDER

The Court, having reviewed the stipulation of the Plaintiff Keith Balzarini and Defendant Keolis Transit Services, LLC and finding good cause for the same, orders that Defendant Keolis Transit Services, LLC's deadline for filing its responsive pleading is continued from January 3, 2025 to January 17, 2025.

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 1/3/2025

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500