Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEITH BALZARINI,

        Plaintiff,

    v.

KEOLIS TRANSIT SERVICES, LLC, a
Delaware Nevada Limited Liability Company,

        Defendant.

Case No. 2:24-cv-02054-RFB-DJA

STIPULATION AND ORDER
CONTINUING THE DATE THAT
PLAINTIFF MUST FILE HIS RESPONSE
TO DEFENDANT'S MOTION TO STRIKE
AFFIDAVITS IN SUPPORT OF
PLAINTIFF'S RESPONSE, OR IN THE
ALTERNATIVE EVIDENTIARY
OBJECTIONS AND RESPONSE TO THE
SAME [LR 7-1; LR IA 6-2]

(First Request)

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to Defendants' motion to strike affidavits in support of Plaintiff's response, or in the alternative evidentiary objections and response to the same filed on April 17, 2026, for which the response is currently due on May 1, 2026, will be continued until May 15, 2026.

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given other matters Plaintiff's counsel is involved in, including a response to a motion for summary judgment that Plaintiff's counsel must file in another case which is also due on May 1, 2026 and a trial that Plaintiff's counsel has in yet another case which begins on May 4,

1

2026.

No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendant's motion to strike affidavits in support of Plaintiff's response, or in the alternative evidentiary objections and response to the same.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | LITTLER MENDELSON, P.C. |
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV 89141<br>Attorney for Plaintiff<br><br>Dated: April 24, 2026 | /s/ Emilio A. Rodriguez<br>Emilio A. Rodriguez, Esq.<br>5200 North Palm Avenue, Suite 302<br>Fresno, California 93704<br>Attorneys for Defendant<br><br>Dated: April 24, 2026 |

**IT IS SO ORDERED**:

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED** this 27th day of April, 2026.

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to FRCP Rule 5(b)(3) and LR IC 4-1(a), and this Court's Special Order #109, a true and correct copy of the foregoing document was electronically served via the Court's CM/ECF electronic filing system to the following persons:

Karyn M. Taylor, Esq.
Geraldo Hernandez, Esq.
Emilio Rodriguez, Esq.
LITTLER MENDELSON, P.C.
*Attorney for Defendant*

DATED: 2/24/2026        /s/ Michael P. Balaban
                        Michael P. Balaban

2